# Exhibit B

IN THE 63rd JUDICIAL DISTRICT COURT
STATE OF MICHIGAN

Seth Miller,

        Plaintiff,

v.

Midland Credit Management Inc.,

        Defendant.

Case No. D15C 00928 GC

HON.

| Seth Miller | Theodore W. Seitz (P60320) |
|---|---|
| *Pro se* | Theodore J. Greeley (P77862) |
| 3821 Vail Ave N.W. | Dykema Gossett PLLC |
| Grand Rapids, MI 49544 | Attorneys for Defendant |
| | 201 Townsend Street, Ste. 900 |
| | Lansing, MI 48933 |
| | Phone: (517) 374-9100 |
| | tseitz@dykema.com |
| | tgreeley@dykema.com |

## NOTICE OF FILING NOTICE OF REMOVAL FROM STATE COURT

TO:    Clerk of Court, 63rd Judicial District Court, State of Michigan

PLEASE TAKE NOTICE that the Notice of Removal from State Court of the above-captioned action from the 63rd Judicial District Court, State of Michigan, to the United States District Court for the Western District of Michigan, Southern Division, a copy of which is attached hereto as Exhibit 1 (without its exhibits), was electronically filed on March 18, 2015 in the United States District Court for the Western District of Michigan, Southern Division.

Dated:  March 18, 2015

        Respectfully submitted,

        DYKEMA GOSSETT PLLC

By: _____
        Theodore W. Seitz (P60320)
        Theodore J. Greeley (P77862)
        Dykema Gossett PLLC
        Attorneys for Defendant
        201 Townsend Street, Ste. 900
        Lansing, MI  48933
        Phone:  (517) 374-9100
        tseitz@dykema.com
        tgreeley@dykema.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2015, I served a copy of the foregoing document via United States First class mail, with postage prepaid, upon:

Seth Miller
*Pro se*
3821 Vail Ave N.W.
Grand Rapids, MI  49544

By: : _____
        Theodore W. Seitz (P60320)
        Theodore J. Greeley (P77862)
        Dykema Gossett PLLC
        Attorneys for Defendant
        201 Townsend Street, Ste. 900
        Lansing, MI  48933
        Phone:  (517) 374-9100
        tseitz@dykema.com
        tgreeley@dykema.com