UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SETH MILLER,

        Plaintiff,                      Case No. 1:15-cv-00298-GJQ

v.                                   Judge Gordon J. Quist

MIDLAND CREDIT MANAGEMENT, INC.,

        Defendant.
_____/

**NOTICE REGARDING ASSIGNMENT OF CASE**

     NOTICE is hereby given that the above-captioned case was removed from 63rd District Court, and filed in this court on March 18, 2015.  The case has been assigned to Judge Gordon J. Quist.

                                         TRACEY CORDES
                                         CLERK OF COURT

Dated:  March 19, 2015       By:     /s/ B. Dowdle_____
                                               Deputy Clerk